1

**Marshall Meyers (020584)**

2

**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**

3

**Phoenix, AZ 85012**
**602 445 9819**

4

**866 565 1327 facsimile**

5

**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

6

7

**UNITED STATES DISTRICT COURT**

8

**FOR THE DISTRICT OF ARIZONA**

9

| | | |
|---|---|---|
| Cathleen Fleming, | ) | Case No. 2:10-cv-01866-ROS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| vs. | ) | |
| | ) | |
| Bureau of Collection Recovery, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

10

11

12

13

14

15

16

17

18

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

19

District Court of Arizona, Plaintiff's Notice of  Dismissal of Case With Prejudice, a copy

20

of which is herewith served upon Defendant.

21

**RESPECTFULLY SUBMITTED** this 24th day of November,

22

2010.

23

By:s/Marshall Meyers

24

   **Marshall Meyers**
   **WEISBERG & MEYERS, LLC**

25

   **5025 North Central Ave., #602**

26

   **Phoenix, AZ 85012**
   **602 445 9819**

27

   **866 565 1327 facsimile**

28

   **mmeyers@AttorneysForConsumers.com**
   **Attorney for Plaintiff**

1    Filed electronically on this 24th day of November, 2010, with:

2

3    United States District Court CM/ECF system

4

5    By: s/Jessica DeCandia

6          Jessica DeCandia

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal  - 2